DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

**Entered on Docket
November 06, 2009**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: November 06, 2009

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>MICHAEL A. GURULE<br>SSN #1 ###-##-3260<br>SSN #2<br><br>Debtor(s) | Chapter 13<br>Case No.:  09-3-1254 SFM13<br><br>ORDER OF DISMISSAL PRIOR TO CONFIRMATION |

A confirmation hearing on the above-entitled case was held on October 14, 2009 at which time DAVID BURCHARD, Trustee recommended the case be dismissed.

At the Confirmation hearing, the Court ordered debtor(s) to make a plan payment in the amount of $ 3,288.00 by October 26, 2009.  Debtor(s) did not comply with this order.  A Declaration of David Burchard, Chapter 13 Trustee, Regarding Debtor's Failure to Comply with a court order was filed on November 02, 2009.

IT IS NOW ORDERED that the Debtor's proceedings herein be dismissed, and that any restraining orders heretofore issued be dissolved.  The Chapter 13 Trustee shall submit at a later date his Trustee's Final Report for approval by the court.

**\*\*END OF ORDER\*\***

# COURT SERVICE LIST

United States Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104


David Burchard
Chapter 13 Standing Trustee
P.O. Box 8059
Foster City, CA  94404


PATRICK MCMAHON
ATTORNEY AT LAW
703 MARKET ST #1109
SAN FRANCISCO, CA 94103-2121


MICHAEL A. GURULE
1961 48TH AVE.
SAN FRANCISCO, CA 94116


**PLEASE NOTIFY ALL OTHER PARTIES IN INTEREST.**